**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raul SANTANA, Defendant–Appellant.**

No. 03–10640.
D.C. No. CR–03–05107–AWI.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Duce Rice, USF–Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Carolyn D. Phillips, Fresno, CA, for Defendant–Appellant.

Before T.G. NELSON, WARDLAW, and TALLMAN, Circuit Judges.

MEMORANDUM**

Raul Santana appeals his jury trial conviction and sentence of life plus 384–months for armed bank robbery and brandishing a firearm during a crime of violence, in violation of 18 U.S.C. §§ 2113(a) and (d), 924(c).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Santana has filed a brief stating there are no grounds for relief, and

a motion to withdraw as counsel of record. Santana has not filed a pro se supplemental brief.

Our independent review of the record, pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

